UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Restore Medical Holdings, LLC,
et al.,

                Plaintiff(s),

v.                                               Case No. 4:23-cv-11252-FKB-CI
                                                  Hon. F. Kay Behm

Kingfa Science and Technology,
Inc., et al.,

                Defendant(s),

## NOTICE TO APPEAR REMOTELY

PLEASE TAKE NOTICE that a remote hearing has been ***rescheduled*** before District Judge F. Kay Behm as follows:

- STATUS CONFERENCE:  July 9, 2025 at 10:15 AM

The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys-only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non-participants without the Court's advance approval.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/Kourtney E Collins
                                                        Case Manager

Dated:  June 11, 2025